IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODELL THOMPSON,

    Petitioner,

v.

                                   Case No. 17-cv-805-wmc

BRIAN FOSTER,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Rodell Thompson's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

/s/                                                     3/8/2021

Peter Oppeneer, Clerk of Court                  Date